ROSARIO ET AL., DEMANDANTES, APELANTES Y APELADOS, *v.* RUCABADO ET AL., DEMANDADOS, APELANTES Y APELADOS.

APELACIÓN procedente de la Corte de Distrito de Guayama en un caso de reivindicación.

MOCIÓN de ambas partes para que se corrija la exposición del caso.

No. 1177.—Resuelto en julio 29, 1914.

EXPOSICIÓN DEL CASO—ENMIENDA DE LA MISMA EN LA CORTE SUPREMA POR CONVENIO DE AMBAS PARTES.—Una vez aprobada por el tribunal sentenciador una exposición del caso e insertada ésta en la transcripción de autos, no puede ser modificada ni enmendada en la Corte Suprema a espaldas y sin intervención del juez sentenciador, aun cuando ambas partes estén de .acuerdo.

Los hechos están expresados en la resolución.

Abogados de los demandantes: *Sres. A. Dones y Damián Monserrat, Jr.*

Abogados de los demandados: *Sres. Muñoz & Brown.*

RESOLUCIÓN.

Por cuanto ambas partes de común acuerdo solicitan permiso de este tribunal para corregir la exposición del caso insertada en la transcripción de autos sustituyendo un párrafo de la misma por otro que se inserta en la moción.

Por cuanto una vez aprobada por el tribunal sentenciador una exposición del caso e insertada ésta en la transcripción de autos no puede ser modificada ni enmendada a espaldas y sin intervención del juez sentenciador, aun cuando ambas partes esten de acuerdo.

Por tanto vista la doctrina sentada en los casos de *Calaf et al.* v. *Calaf,* 16 D. P. R., 835; *El Pueblo* v. *Sierra,* 17 D. P. R., 634; *Orama et al.* v. *Oyanguren,* 19 D. P. R., 310; y *Crosas* v. *Gutiérrez,* 19 D. P. R., 1146, se deniega la moción presentada por ambas partes el 27 de julio corriente.

*Denegada la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.